UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ENCARNACION PEREZ, et al.,<br><br>　　　　　Defendants. | Case No.  23-cv-03897-EMC<br><br>**ORDER RE HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>Docket No. 35 |

　　　　Previously, the Court ordered Plaintiff to provide supplemental briefing and/or evidence in support of his motion for default judgment on the remaining ADA claim. *See* Docket No. 39 (order). Plaintiff's supplemental filing was due on October 11, 2024.

　　　　On October 15, 2024, Plaintiff filed an untimely declaration addressing one of the issues raised by the Court – *i.e.*, standing.[1] Having reviewed Plaintiff's declaration, the Court hereby orders that Plaintiff be physically present for the hearing on the motion for default judgment (set

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Plaintiff did not provide either briefing or evidence on the second issue raised by the Court – *i.e.*, whether any defendant had control over the parking lot (as opposed to the restaurant).

for November 14, 2024).  As part of the hearing, the Court shall conduct an evidentiary hearing so that Plaintiff can give testimony on the issue of standing.

Plaintiff shall promptly serve a copy of this order on all Defendants and file a proof of service within three days.

**IT IS SO ORDERED**.

Dated: October 16, 2024

_____
EDWARD M. CHEN
United States District Judge